Edward SANCHEZ, Petitioner–Appellant

v.

Warden Randall CHANDLER, Respondent–Appellee.

No. 13–10254
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 13, 2013.

Edward Sanchez, FCI Fort Worth Unit, Fort Worth, TX, pro se.

Before WIENER, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Edward Sanchez, federal prisoner # 35757–044, appeals from the dismissal without prejudice of his

---

28 U.S.C. § 2241 petition challenging his conviction and sentence for possessing with intent to distribute methamphetamine. We review the dismissal de novo. *Pack v. Yusuff*, 218 F.3d 448, 451 (5th Cir.2000).

As Sanchez seeks to challenge the validity of his conviction and sentence rather than the manner in which his sentence has been executed, his petition properly arises under 28 U.S.C. § 2255. *Id.* at 451–52. A section 2255 motion must be brought by the movant in the court that sentenced him. § 2255(a); *Ojo v. I.N.S.*, 106 F.3d 680, 683 (5th Cir.1997). As the district court did not impose the sentence at issue, it did not err by dismissing the petition without prejudice rather than construing it as a § 2255 motion. *See Ojo*, 106 F.3d at 683.

AFFIRMED.

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.